PENNSYLVANIA PHARMACISTS AS-SOCIATION; Bell Edge Pharmacy; Broad Street Apothecary; Burns Pharmacy; Cambria Pharmacy # 3; Christian Street Pharmacy; Elwyn Pharmacy; Esterson Pharmacy; Fosters Pharmacy; Getwell Pharmacy; McKean Street Pharmacy; Rosica Pharmacy; S & S Community Drug, Inc.; Silverman Pharmacy; Tioga Drug Company; Weldon Pharmacy, And Other Similarly Situated Pharmacies; Tirelli, Inc., dba Broad Street Apothecary; Robert Schreiber, dba Burns' Pharmacy; Cambria Pharmacies, Inc.; Barry Jacobs, dba Elwyn Pharmacy; 2401 East York Street, Inc., dba Esterson's Pharmacy; Riaz U. Rahman, dba Getwell Pharmacy; Foster Pharmacy, Inc.; Haussmann's Pharmacy; McKean Street Pharmacy, Inc.; Thomas Betteridge, dba Rosica Pharmacy; Weldon Pharmacy, Inc, Appellants,

v.

Feather O. HOUSTOUN.

No. 00–1898.

United States Court of Appeals, Third Circuit.

Argued April 20, 2001.

Filed July 20, 2001.

Before: ALITO, McKEE, and ALARCON,* Circuit Judges.

Present: BECKER, Chief Judge, MANSMANN, NYGAARD, ALITO, ROTH, McKEE, RENDELL, BARRY, AMBRO, and FUENTES, Circuit Judges.

* Honorable Arthur L. Alarcon, United States Circuit Judge for the Ninth Circuit, sitting by designation.

ORDER

A majority of the active judges, who are not recused, having voted for hearing en banc in the above appeal, it is ORDERED that the Clerk of this Court list the above case for hearing en banc at the convenience of the Court.